| | |
|---|---|
| MICHAEL BENANTI, | No. 2:17-cv-2322 AC P |
| Plaintiff, | |
| v. | |
| MATEVOUSIAN, | ORDER |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Petitioner, a federal prisoner proceeding pro se, has initiated the instant action. He has not paid the filing fee or submitted a request to proceed in forma pauperis.

Petitioner seeks relief under 28 U.S.C. § 2241. ECF No. 1. However, his allegations relate to his conditions of confinement and appear to be more properly brought as a civil rights action pursuant to 28 U.S.C. § 1331. Id. In his complaint, petitioner alleges deliberate indifference to his medical needs. Id. The alleged violations took place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: November 20, 2017.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE