# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATEVOUSIAN,<br><br>　　　　Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>[ECF No. 21] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). Currently before the Court is Defendants' request to extend the time to respond to Plaintiff's first amended complaint, until June 11, 2018. (ECF No. 21.) In support, counsel declares that time was diligently spent obtaining authority to represent all Defendants in this case, and additional time is needed to present a threshold administrative exhaustion defense, as well as obtaining medical records necessary to respond to Plaintiff's claim. Further, out of town depositions and hearings delays counsel's work on this case.

Good cause being shown, Defendants' request is HEREBY GRANTED. Defendants' response to the first amended complaint shall be filed on or before **June 11, 2018**.

IT IS SO ORDERED.

Dated: __**April 4, 2018**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE