# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>   Plaintiff,<br><br>   v.<br><br>MATEVOUSIAN, et.al.,<br><br>   Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On September 28, 2018, Defendants exhaustion-related motion for summary judgment was denied and the matter was referred back to the undersigned for further proceedings. Accordingly, it is HEREBY ORDERED that within twenty (20) days from the date of service of this order, Defendants shall file a further response to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated: **October 2, 2018**

UNITED STATES MAGISTRATE JUDGE

1