**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BENANTI,<br><br>    Plaintiff,<br><br>    v.<br><br>MATEVOUSIAN, et.al.,<br><br>    Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S REQUESTS FOR DISCOVERY<br><br>[ECF No. 43] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

On January 22, 2019, Plaintiff filed two separate requests for discovery. (ECF No. 43.)

On October 11, 2018, Defendants filed an answer to the complaint, and the Court opened discovery on October 16, 2018. (ECF Nos. 38-41.)

Plaintiff is informed that Court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief. Thus, discovery requests and responses shall not be filed with the Court unless, and until, they are at issue. Here, Plaintiff's discovery request is directed to Defendants and should be served on opposing counsel only.

///

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff's requests for discovery, filed on January 22, 2019, are DISREGARDED. (ECF No. 43.)

IT IS SO ORDERED.

Dated: **January 23, 2019**

                                                   UNITED STATES MAGISTRATE JUDGE