**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BENANTI,<br><br>        Plaintiff,<br><br>    v.<br><br>MATEVOUSIAN,<br><br>        Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 42, 45] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. No objections were filed and the time to do has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 23, 2019, are adopted in full; and

2. Plaintiff's motion for summary judgment filed on January 22, 2019, is denied.

IT IS SO ORDERED.

Dated: __**March 4, 2019**__     _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE