# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>  Plaintiff,<br><br>  v.<br><br>MATEVOUSIAN,<br><br>  Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL WITHIN FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 48] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On March 14, 2019, Plaintiff filed a motion to compel. Defendants did not file a response. Local Rule 230(l). However, based on a review of Plaintiff's motion, it is not entirely clear whether Plaintiff is seeking an order compelling a further response from Defendants. That said, the Court finds that a response from Defendants is necessary in order to fully adjudicate Plaintiff's motion. Accordingly, it is HEREBY ORDERED that within **five (5)** days from the date of service of this order, Defendants shall file a response to Plaintiff's motion to compel, filed March 14, 2019. (ECF No. 48.)

IT IS SO ORDERED.

Dated: **April 10, 2019**

UNITED STATES MAGISTRATE JUDGE

1