# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>    Plaintiff,<br><br>    v.<br><br>MATEVOUSIAN,<br><br>    Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION, FILED MAY 2, 2019<br><br>[ECF No. 54] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2019, the Court denied Plaintiff's motion to compel Defendants to produce a video which they claim does not exist. On May 3, 2019, Plaintiff filed a motion for reconsideration of the Court's April 17, 2019, order. The Court hereby directs Defendants to file a response to Plaintiff's motion within **seven (7)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __May 24, 2019__

                                        UNITED STATES MAGISTRATE JUDGE

1