# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATEVOUSIAN,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTION NOTICE OF TAKING DEPOSITION<br><br>[ECF Nos. 57, 58] |

　　　　Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

　　　　On May 28, 2019, Plaintiff filed objections to the notice of the taking of his deposition.

　　　　Because the deposition is set to take place on May 30, 2019, it is HEREBY ORDERED that Defendants shall file a response on or before May 29, 2019, at 12:00 p.m.

IT IS SO ORDERED.

Dated: __May 28, 2019__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1