# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>Plaintiff,<br><br>v.<br><br>MATEVOUSIAN,<br><br>Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>[ECF Nos. 51, 55, 65] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion to amend the complaint be denied. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days.

On May 31, 2019, Plaintiff filed a motion to strike his motion to amend, which the Court construes as a statement of non-opposition to the Findings and Recommendations. (ECF No. 65.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The May 15, 2019 Findings and Recommendations are adopted in full; and
2. Plaintiff's motion to amend the complaint is denied, without prejudice.

IT IS SO ORDERED.

Dated: **June 3, 2019**        **/s/ Lawrence J. O'Neill**
                               UNITED STATES CHIEF DISTRICT JUDGE