# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>       Plaintiff,<br><br>     v.<br><br>MATEVOUSIAN,<br><br>       Defendants. | Case No. 1:17-cv-01556-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COST OF DEPOSITION TRANSCRIPTS<br><br>[ECF No. 74] |

Plaintiff Michael Benanti is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On October 7, 2019, Plaintiff filed a motion requesting the cost of the deposition transcripts. Plaintiff is advised that he must file his request directly to the court reporter/deposition officer, not the court. Fed. R. Civ. P. 30(f)(3). Accordingly, Plaintiff's motion for the cost of the deposition transcripts is denied.

IT IS SO ORDERED.

Dated: __October 8, 2019__

UNITED STATES MAGISTRATE JUDGE

1